

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2022

No. 04-22-00453-CV

**CITY OF LAREDO**,
Appellant

v.

Fausto **TORRES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021-CVF-000333-D1
Honorable Joe Lopez, Judge Presiding

# O R D E R

Appellant's brief is due on August 22, 2022. On August 12, 2022, appellant timely filed a motion requesting a thirty day extension of time to file appellant's brief. Appellant's motion is GRANTED. Appellant's brief is due **no later than September 21, 2022**. *Further requests for extensions of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court